UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GUDONAVON TAYLOR

        Petitioner

-vs-                                  Case No.  3:16cv398

JIM BUNTING, WARDEN,
     Marion Correctional Institution        District Judge Thomas M. Rose
              Respondent                    Magistrate Judge Michael R. Merz

_____

**ENTRY AND ORDER OVERRULING PETITIONER'S OBJECTIONS (DOC. #13) AND ADOPTING THE  MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS(DOC#12) DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT (DOC. #10)**

_____

       This matter comes before the Court pursuant to the Petitioner's Objections (Doc. #13), filed January 17, 2017, to the  Magistrate Judge's Report and Recommendations (Doc. #12) filed January 4, 2017.  The Court has conducted a de novo review of all filings in this matter and finds the Objections (Doc. #13) not to be well-founded and OVERRULES same, ADOPTING the  Magistrate Judge's Report and Recommendations (Doc. #12) DENYING Petitioner's Motion for Relief from Judgment (Doc. #10) .

       In so ruling, this Court finds, as did the  Magistrate Judge, that the Grounds for Relief asserted in the Petitioner's Motion (Doc.#10) were not well founded. Petitioner was not diligent in proceeding pro se. Petitioner at the time of the Report and Recommendations was represented by counsel who made the decision not to object. Petitioner waited more than two months from the Court's notice that he needed to discharge counsel in order to proceed pro se before taking such

action.

Therefore, this Court DENIES the Petitioner's Motion (Doc. #10) for Relief from Judgment.

IT IS SO ORDERED.

February 7, 2017

                                              s/**THOMAS M. ROSE**
                                     _____
                                           JUDGE THOMAS M. ROSE
                                           United States District Court