# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GUDONAVON TAYLOR,

    Petitioner,

- vs -

JIM BUNTING, WARDEN,
  Marion Correctional Institution,

    Respondent.

Case No. 3:16-cv-398

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 19), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's motion to proceed *in forma pauperis* (ECF No. 16) is denied and Petitioner's motion for extension of time to file a motion for certificate of appealability (ECF No. 18) is denied as moot.

April 18, 2017.

                                                Thomas M. Rose
                                            United States District Judge